IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA NAILS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:12cv355-MHT |
| | ) | (WO) |
| LYNN KROMETIS, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit seeking damages as a result of defendant's alleged failure to mail a copy of an order to her.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of June, 2012.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE